```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   MAG 05-0065 KJM
                                 )
12          Plaintiff,           )   GOVERNMENT'S MOTION TO DISMISS
                                 )   WITHOUT PREJUDICE AND
13       v.                      )   ORDER
                                 )
14  RYAN TROY CARROLL,           )
                                 )
15          Defendant.           )
    _____)
16
```

17    The United States of America, plaintiff herein, by and through
18 its undersigned attorney, hereby moves to dismiss in the interest of
19 justice, <u>without prejudice</u>, the Complaint filed against defendant
20 Ryan Troy Carroll, filed with this Court on March 8, 2005.
21    The United States of America moves to dismiss without prejudice
22 the case against defendant Ryan Troy Carroll on the grounds that the
23 defendant pled guilty to similar charges arising out of the same
24 transaction in the Eastern District of California District Court.
25 ///
26 ///
27 ///
28 ///

Said motion is made to dismiss without prejudice so that government could seek to prosecute on this matter should the need arise.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: 08/25/05          By:   /s/ William S. Wong
                               WILLIAM S. WONG
                               Assistant U.S. Attorney

_____

ORDER

IT IS SO ORDERED the case is dismissed without prejudice.

DATED:  August 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE